UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

NUCAL FOODS, INC.                                          DEFAULT JUDGMENT

    v.

                         Case No. CIV S-2:12-CV-2754 KJM AC

SHAWN KAYE

_____

       **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

       **SHAWN KAYE**

June 25, 2013

       MARIANNE MATHERLY, CLERK

       By: s/A. Meuleman
       A. Meuleman, Deputy Clerk